**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Simmie James Colson III v. The State of Texas

Appellate case number:   01-14-01020-CR

Trial court case number: 991804

Trial court:             185th District Court of Harris County

Appellant's Motion to Remand This Case to the Trial Court to Conduct an Evidentiary Hearing to Create a Record to Raise the Issue of Ineffective Assistance of Counsel on Direct Appeal is **DENIED**.

It is so ORDERED.


Judge's signature: ___/s/_ Rebeca Huddle
                   X  Acting individually


Date:  July 9, 2015